JOHN TRICOLO, RESPONDENT, v. DONATO CENTALANZA, APPELLANT.

Argued March 20, 1925—Decided May 18, 1925.

On appeal from the Supreme Court, whose *per curiam* is printed in 2 *N. J. Mis. R.* 1157.

For the appellant, *Thomas Brunetto.*

For the respondent, *Gaetano M. Belfatto.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion *per curiam* delivered in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BLACK, KATZENBACH, CAMPBELL, WHITE, GARDNER, VAN BUSKIRK, CLARK, MCGLENNON, KAYS, JJ.   12.

*For reversal*—None.